# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 3, 2013

146211 & (21)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                       SC: 146211
                                       COA: 310668
                                       Livingston CC: 12-020466-FC

GEORGE ROBERT TANNER,
          Defendant-Appellee.

_____/

On order of the Court, the motion to extend time to file an answer is GRANTED. The application for leave to appeal the October 2, 2012 order of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether *People v Bender*, 452 Mich 594 (1996), should be overruled.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 3, 2013

_____
Clerk

p0327